# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE J. D'ANTUONO,** <br> Plaintiff, <br><br> v. <br><br> **TEMPLE UNIVERSITY HEALTH SYSTEM, INC. and RELIANCE STANDARD LIFE INSURANCE COMPANY,** <br> Defendants. | **CIVIL ACTION** <br><br> **NO. 18-1518** |

## ORDER

**AND NOW** this 3rd day of August, 2018, for the reasons stated in the foregoing Memorandum, it is **ORDERED** that the partial Motions to Dismiss of Defendant Temple University Health System, Inc. (ECF 8) and Defendant Reliance Standard Life Insurance Company (ECF 7) are **GRANTED.** Counts II-IV of the Verified Amended Complaint are **DISMISSED WITH PREJUDICE**.

Defendant Reliance Standard Life Insurance Company's motion to dismiss the initial Complaint (ECF 5) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON** 
**United States District Court Judge**

O:\CIVIL 18\18-1518 D'Antuono v. Temple Univ Health Sys\18cv1518 Order Granting MTD.docx